**No. P68/12.**—Marmax Trading Corp. et al. *v.* United States, protests 62/114, etc. (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of electrical tape, composed wholly or in chief value of vinyl material, similar in all material respects to that the subject of *Devon Tape Corp.* v. *United States* (57 Cust. Ct. 507, C.D. 2856), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JANUARY 18, 1968

**No. P68/13.**—W. T. Grant Co. et al. *v.* United States, protests 66/34550, etc. (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of brass hose nozzles similar in all material respects to those the subject of *United States* v. *Lipman's* (52 CCPA 59, C.A.D. 859), the claim of the plaintiffs was sustained.

**No. P68/14.**—F. H. Shallus Co., a/c Charles A. Koons, Inc., et al. *v.* United States, protests 308960–K, etc. (Baltimore).

RAO, C.J. In accordance with stipulation of counsel that the items of merchandise covered by the foregoing protests consists of seamless steel tubes with plain square-cut ends made to American Petroleum Institute specifications for grade J–55 steel to be made into couplings for oil well casing the same in all material respects as those the subject of *John A. Steer Co., a/c Charles A. Koons, Inc.* v. *United States* (54 CCPA 81, C.A.D. 911), the claim of the plaintiffs was sustained.

**No. P68/15.**—Hudson Shipping Co., Inc., et al. *v.* United States, protests 60/18014(B), etc. (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of automobile heaters similar in all material respects to those the subject of *Gallagher & Ascher Company* v. *United States* (52 CCPA 11, C.A.D. 849), the claim of the plaintiffs was sustained.